# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF
# DIVISION

In re: §
§
JAMES, EARLINE § Case No. 05-28655
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter   of the United States Bankruptcy Code on      . The undersigned trustee was appointed on      .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of   $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Payments to the debtor

    Leaving a balance on hand of[1]   $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

     6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____      By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                      Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 05-28655 JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JAMES, EARLINE | | Date Filed (f) or Converted (c): | 07/20/05 (f) |
| | | | 341(a) Meeting Date: | 08/22/05 |
| For Period Ending: | 09/25/09 | | Claims Bar Date: | 05/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/2 INTEREST IN REAL ESTATE | 105,000.00 | 0.00 | | 4,000.00 | 0.00 |
| 1103 N. KEYSTONE - SETTLEMENT REACHED RE EQUITY $4000 | | | | | |
| 2. SAVINGS ACCOUNT | 5.00 | Unknown | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. MISC HOUSEHOLD GOODS | 800.00 | Unknown | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. MISC BOOKS, TAPES & CDS | 125.00 | Unknown | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. CLOTHES | 250.00 | Unknown | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. MISC COSTUME JEWELRY | 200.00 | Unknown | DA | 0.00 | 0.00 |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.08 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $106,380.00 | $0.00 | | $4,009.08 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SETTLED RE EQUITY ISSUE WITH DEBTOR - RECEIVED PMTS IRREGULARLY- FINAL PAYMENT RECEIVED 9/09

Initial Projected Date of Final Report (TFR): 12/30/06    Current Projected Date of Final Report (TFR): 12/31/09

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

Ver: 15.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 05-28655 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | JAMES, EARLINE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 3758813313  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7049 | | |
| For Period Ending: | 09/25/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/07 | 1 | EARLINE JAMES | REAL ESTATE SETTLEMENT | 1110-000 | 250.00 | | 250.00 |
| 06/29/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 0.11 | | 250.11 |
| 07/12/07 | 1 | EARLINE JAMES | 7/12/07 PMT | 1110-000 | 250.00 | | 500.11 |
| 07/31/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 0.33 | | 500.44 |
| 08/13/07 | 1 | EARLINE JAMES | SETTLEMENT | 1110-000 | 250.00 | | 750.44 |
| 08/31/07 | 7 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 0.53 | | 750.97 |
| 09/12/07 | 1 | EARLINE JAMES | SETTLEMENT | 1110-000 | 250.00 | | 1,000.97 |
| 09/28/07 | 7 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 0.54 | | 1,001.51 |
| 10/15/07 | 1 | EARLINE JAMES | 10/07 PMT | 1110-000 | 250.00 | | 1,251.51 |
| 10/31/07 | 7 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 0.70 | | 1,252.21 |
| 11/09/07 | 1 | EARLINE JAMES | 11/07 PMT | 1110-000 | 250.00 | | 1,502.21 |
| 11/30/07 | 7 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 0.73 | | 1,502.94 |
| 12/14/07 | 1 | EARLINE JAMES | SETTLEMENT PMT 12/07 | 1110-000 | 250.00 | | 1,752.94 |
| 12/31/07 | 7 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 0.76 | | 1,753.70 |
| 01/14/08 | 1 | EARLINE JAMES | SETTLEMENT | 1110-000 | 250.00 | | 2,003.70 |
| 01/31/08 | 7 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 0.74 | | 2,004.44 |
| 02/14/08 | 1 | EARLINE JAMES | SETTLEMENT PMT 2/08 | 1110-000 | 200.00 | | 2,204.44 |
| 02/29/08 | 7 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 0.49 | | 2,204.93 |
| 03/26/08 | 1 | EARLINE JAMES | REAL ESTATE SETTLEMENT | 1110-000 | 200.00 | | 2,404.93 |
| 03/27/08 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND# 016026455 | 2300-000 | | 1.54 | 2,403.39 |
| 03/31/08 | 7 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.52 | | 2,403.91 |
| 04/04/08 | 1 | EARLINE JAMES | REAL ESTATE SETTLEMENT | 1110-000 | 200.00 | | 2,603.91 |
| 04/30/08 | 7 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 0.52 | | 2,604.43 |
| 05/30/08 | 7 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 0.33 | | 2,604.76 |
| 06/17/08 | 1 | Earline James | REAL ESTATE SETTLEMENT | 1110-000 | 250.00 | | 2,854.76 |
| | | | Page Subtotals | | 2,856.30 | 1.54 | |

Ver: 15.00a

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 4)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 05-28655 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JAMES, EARLINE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758813313  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7049 | | | |
| For Period Ending: | 09/25/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.33 | | 2,855.09 |
| 07/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.36 | | 2,855.45 |
| 08/08/08 | 1 | EARLINE JAMES | SETTLEMENT PAYMENT | 1110-000 | 250.00 | | 3,105.45 |
| 08/29/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.38 | | 3,105.83 |
| 09/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.39 | | 3,106.22 |
| 10/08/08 | 1 | EARLINE JAMES | SETTLEMENT PAYMENT | 1110-000 | 250.00 | | 3,356.22 |
| 10/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.31 | | 3,356.53 |
| 11/28/08 | 7 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.27 | | 3,356.80 |
| 12/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 3,356.98 |
| 01/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,357.01 |
| 02/09/09 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS BOND # 016026455 | 2300-000 | | 3.12 | 3,353.89 |
| 02/27/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,353.92 |
| * 03/16/09 | 1 | EARLINE JAMES | SETTLEMENT PMT | 1110-003 | 250.00 | | 3,603.92 |
| * 03/17/09 | 1 | EARLINE JAMES | SETTLEMENT PMT | 1110-003 | -250.00 | | 3,353.92 |
| 03/17/09 | 1 | EARLINE JAMES | SETTLEMENT PMT | 1110-000 | 200.00 | | 3,553.92 |
| 03/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,553.95 |
| 04/09/09 | 1 | EARLINE JAMES | SETTLEMENT PAYMENT | 1110-000 | 225.00 | | 3,778.95 |
| 04/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,779.03 |
| 05/29/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,779.12 |
| 06/15/09 | 1 | EARLINE JAMES | SETTLEMENT PAYMENT | 1110-000 | 100.00 | | 3,879.12 |
| 06/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,879.22 |
| 07/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,879.32 |
| 08/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,879.42 |
| 09/15/09 | 1 | EARLINE JAMES | SETTLEMENT PMT | 1110-000 | 125.00 | | 4,004.42 |

Page Subtotals  1,152.78  3.12

Ver: 15.00a

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 5)*

FORM 2

Page: 3

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-28655 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JAMES, EARLINE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758813313  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7049 | | | |
| For Period Ending: | 09/25/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,009.08 | 4.66 | 4,004.42 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,009.08 | 4.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,009.08 | 4.66 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Money Market - Interest Bearing - 3758813313 | 4,009.08 | 4.66 | 4,004.42 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 4,009.08 | 4.66 | 4,004.42 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 15.00a

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 6)*

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Case Number: 05-28655  
Debtor Name: JAMES, EARLINE  
Page 1 — Claim Type Sequence  
Date: September 25, 2009

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2100-00 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603<br>Tax Id: 36-3557951 | Administrative | | $0.00 | $1,002.27 | $1,002.27 |
| 001 3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $4,131.50 | $4,131.50 |
| 001 3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $12.13 | $12.13 |
| 000001 070 7100-00 | CAPITAL RECOVERY ONE<br>25 SE 2ND AVE<br>Suite 1120<br>Miami, Fl 33131 | Unsecured | Filed 03/31/06<br>CLAIM ASSIGNED FROM RECOVERY MGMT TO CAPITAL RECOVERY ONE 7/08 | $0.00 | $457.18 | $457.18 |
| | Case Totals: | | | $0.00 | $5,603.08 | $5,603.08 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-28655
Case Name: JAMES, EARLINE
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $_____ | $_____ |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

UST Form 101-7-TFR (9/1/2009) *(Page: 8)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *CAPITAL RECOVERY ONE* | $ | $ |
| | | $ | $ |
| | | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $      .