**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JAMES, EARLINE | § | Case No. 05-28655 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF COURT
> UNITED STATES BANKRUPTCY CT.
> 219 S. DEARBORN STREET
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/19/2009 in Courtroom 682,
> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/16/2009             By: /s/ Andrew J. Maxwell
                                                                   Trustee

*ANDREW J. MAXWELL, TRUSTEE*

*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
JAMES, EARLINE                      §       Case No. 05-28655
                                    §
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 4,009.18 |
| *and approved disbursements of* | $ | 4.66 |
| *leaving a balance on hand of*[1] | $ | 4,004.52 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $       779.96 | $          0.00 |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $     3,215.12 | $          9.44 |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:*_____ | $_____ | $_____ |
| *Fees:*_____ | $_____ | $_____ |
| *Other:*_____ | $_____ | $_____ |
| *Other:*_____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:*_____ | $_____ | $_____ |
| *Attorney for:*_____ | $_____ | $_____ |
| *Accountant for:*_____ | $_____ | $_____ |
| *Appraiser for:*_____ | $_____ | $_____ |
| *Other:*_____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 457.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *CAPITAL RECOVERY ONE* | $ 457.18 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

                                             **Prepared By:** /s/ Andrew J. Maxwell
                                                                                                   Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009) *(Page: 6)*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: sburton              Page 1 of 1                   Date Rcvd: Oct 19, 2009
Case: 05-28655                 Form ID: pdf006            Total Noticed: 20

The following entities were noticed by first class mail on Oct 21, 2009.
db           +Earline James,   1103 N Keystone,   Chicago, IL 60651-3613
aty          +Andrew J Maxwell, ESQ,   Maxwell Law Group, LLC,   105 West Adams Street  Ste 3200,
               Chicago, IL 60603-6209
aty           David S Yen,   Legal Assist Found Of Metro Chicago,   111 West Jackson Blvd. 3rd Floor,
               Chicago, IL  60604
aty          +Jaclyn H. Smith,   Maxwell Law Group, LLC,   105 W. Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
aty          +Steven S. Potts,   Attorney at Law,   2349 Walters Avenue,   Northbrook, IL 60062-4531
aty          +Vikram R Barad,   Maxwell Law Group, LLC,   105 W. Adams Street, Suite 3200,
               Chicago, IL 60603-6209
tr           +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
9601710       Aspire,   PO Box 23007,   Columbus, GA 31902-3007
9601711       Capital One F.S.B.,   PO Box 34631,   Seattle, WA 98124-1631
9601713       Encore,   P.O. Box 3330,   Olathe, KS 66063-3330
9601714       GMAC,   P. O. Box 217060,   Auburn Hills, MI 48321-7060
9601715      +GMAC Mortgage,   3451 Hammond Ave.,   Waterloo, IA 50702-5300
9601709      +Jeffrey J. Aleman,   Macey & Chern,   20 W. Kinzie,   13th Floor,   Chicago, IL 60654-6392
9601717      +Sears Premier Card,   PO Box 182149,   Columbus, OH 43218-2149
9601718      +Sherman Acquisition,   P.O. Box 1335,   Buffalo, NY 14240-1335

The following entities were noticed by electronic transmission on Oct 19, 2009.
12393498     +E-mail/PDF: rmscedi@recoverycorp.com Oct 20 2009 05:29:06     Capital Recovery One,
               25 SE 2nd Ave Ste 1120,   Miami, FL 33131-1605
9601712       E-mail/Text: ACOZZI@CREDITUNION1.ORG                          Credit Union One,
               200 E. Champaign Avenue,   Rantoul, Il 61866-2930
12390807      E-mail/PDF: rmscedi@recoverycorp.com Oct 20 2009 05:45:08
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10670746     +E-mail/PDF: rmscedi@recoverycorp.com Oct 20 2009 05:45:08
               Recovery Management Systems Corporation,   For GE Money Bank,   dba WAL-MART,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
9601719      +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2009 05:45:08     Walmart,   PO Box 960023,
               Orlando, FL 32896-0023
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9601716       Paul D. Fither,   Address Unknown
9601708*     +Earline James,   1103 N Keystone,   Chicago, IL 60651-3613
                                                                                   TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 21, 2009**                **Signature:** *Joseph Speetjens*