UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                §
                                      §
JAMES, EARLINE                        §     Case No. 05-28655
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4)  This case was originally filed under chapter    on           . The case was pending for    months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 05-28655 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | JAMES, EARLINE | | | Date Filed (f) or Converted (c): | 07/20/05 (f) |
| | | | | 341(a) Meeting Date: | 08/22/05 |
| For Period Ending: | 12/16/09 | | | Claims Bar Date: | 05/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/2 INTEREST IN REAL ESTATE | 105,000.00 | 0.00 | | 4,000.00 | 0.00 |
| 1103 N. KEYSTONE - SETTLEMENT REACHED RE EQUITY $4000 | | | | | |
| 2. SAVINGS ACCOUNT | 5.00 | Unknown | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. MISC HOUSEHOLD GOODS | 800.00 | Unknown | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. MISC BOOKS, TAPES & CDS | 125.00 | Unknown | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. CLOTHES | 250.00 | Unknown | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. MISC COSTUME JEWELRY | 200.00 | Unknown | DA | 0.00 | 0.00 |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 9.35 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $106,380.00 | $0.00 | | $4,009.35 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-FINAL REPORT FILED /distribution made 11/20/09

SETTLED RE EQUITY ISSUE WITH DEBTOR - RECEIVED PMTS IRREGULARLY- FINAL PAYMENT RECEIVED 9/09

Initial Projected Date of Final Report (TFR): 12/30/06      Current Projected Date of Final Report (TFR): 12/31/09

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 6)*

Ver: 15.05

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-28655 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | JAMES, EARLINE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758813313  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7049 | | | |
| For Period Ending: | 12/16/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/07 | 1 | EARLINE JAMES | REAL ESTATE SETTLEMENT | 1110-000 | 250.00 | | 250.00 |
| 06/29/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 0.11 | | 250.11 |
| 07/12/07 | 1 | EARLINE JAMES | 7/12/07 PMT | 1110-000 | 250.00 | | 500.11 |
| 07/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 0.33 | | 500.44 |
| 08/13/07 | 1 | EARLINE JAMES | SETTLEMENT | 1110-000 | 250.00 | | 750.44 |
| 08/31/07 | 7 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 0.53 | | 750.97 |
| 09/12/07 | 1 | EARLINE JAMES | SETTLEMENT | 1110-000 | 250.00 | | 1,000.97 |
| 09/28/07 | 7 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 0.54 | | 1,001.51 |
| 10/15/07 | 1 | EARLINE JAMES | 10/07 PMT | 1110-000 | 250.00 | | 1,251.51 |
| 10/31/07 | 7 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 0.70 | | 1,252.21 |
| 11/09/07 | 1 | EARLINE JAMES | 11/07 PMT | 1110-000 | 250.00 | | 1,502.21 |
| 11/30/07 | 7 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 0.73 | | 1,502.94 |
| 12/14/07 | 1 | EARLINE JAMES | SETTLEMENT PMT 12/07 | 1110-000 | 250.00 | | 1,752.94 |
| 12/31/07 | 7 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 0.76 | | 1,753.70 |
| 01/14/08 | 1 | EARLINE JAMES | SETTLEMENT | 1110-000 | 250.00 | | 2,003.70 |
| 01/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 0.74 | | 2,004.44 |
| 02/14/08 | 1 | EARLINE JAMES | SETTLEMENT PMT 2/08 | 1110-000 | 200.00 | | 2,204.44 |
| 02/29/08 | 7 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 0.49 | | 2,204.93 |
| 03/26/08 | 1 | EARLINE JAMES | REAL ESTATE SETTLEMENT | 1110-000 | 200.00 | | 2,404.93 |
| 03/27/08 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND# 016026455 | 2300-000 | | 1.54 | 2,403.39 |
| 03/31/08 | 7 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.52 | | 2,403.91 |
| 04/04/08 | 1 | EARLINE JAMES | REAL ESTATE SETTLEMENT | 1110-000 | 200.00 | | 2,603.91 |
| 04/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 0.52 | | 2,604.43 |
| 05/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.33 | | 2,604.76 |
| 06/17/08 | 1 | Earline James | REAL ESTATE SETTLEMENT | 1110-000 | 250.00 | | 2,854.76 |

Page Subtotals          2,856.30          1.54

Ver: 15.05

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 05-28655 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | JAMES, EARLINE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758813313 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7049 | | | |
| For Period Ending: | 12/16/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/08 | 7 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.33 | | 2,855.09 |
| 07/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.36 | | 2,855.45 |
| 08/08/08 | 1 | EARLINE JAMES | SETTLEMENT PAYMENT | 1110-000 | 250.00 | | 3,105.45 |
| 08/29/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.38 | | 3,105.83 |
| 09/30/08 | 7 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.39 | | 3,106.22 |
| 10/08/08 | 1 | EARLINE JAMES | SETTLEMENT PAYMENT | 1110-000 | 250.00 | | 3,356.22 |
| 10/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.31 | | 3,356.53 |
| 11/28/08 | 7 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.27 | | 3,356.80 |
| 12/31/08 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 3,356.98 |
| 01/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,357.01 |
| 02/09/09 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS BOND # 016026455 | 2300-000 | | 3.12 | 3,353.89 |
| 02/27/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,353.92 |
| * 03/16/09 | 1 | EARLINE JAMES | SETTLEMENT PMT | 1110-003 | 250.00 | | 3,603.92 |
| * 03/17/09 | 1 | EARLINE JAMES | SETTLEMENT PMT | 1110-003 | -250.00 | | 3,353.92 |
| 03/17/09 | 1 | EARLINE JAMES | SETTLEMENT PMT | 1110-000 | 200.00 | | 3,553.92 |
| 03/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,553.95 |
| 04/09/09 | 1 | EARLINE JAMES | SETTLEMENT PAYMENT | 1110-000 | 225.00 | | 3,778.95 |
| 04/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,779.03 |
| 05/29/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,779.12 |
| 06/15/09 | 1 | EARLINE JAMES | SETTLEMENT PAYMENT | 1110-000 | 100.00 | | 3,879.12 |
| 06/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,879.22 |
| 07/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,879.32 |
| 08/31/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,879.42 |
| 09/15/09 | 1 | EARLINE JAMES | SETTLEMENT PMT | 1110-000 | 125.00 | | 4,004.42 |
| 09/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,004.52 |
| 10/30/09 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,004.62 |

Page Subtotals 1,152.98 3.12

Ver: 15.05

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 05-28655 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | JAMES, EARLINE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3758813313  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7049 | | | |
| For Period Ending: | 12/16/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/20/09 | 7 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 4,004.69 |
| 11/20/09 | | Transfer to Acct #4429208531 | Final Posting Transfer | 9999-000 | | 4,004.69 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 4,009.35 | 4,009.35 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 4,004.69 | |
| Subtotal | 4,009.35 | 4.66 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,009.35 | 4.66 | |

Page Subtotals       0.07       4,004.69

Ver: 15.05

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-28655 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | JAMES, EARLINE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 4429208531 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7049 | | |
| For Period Ending: | 12/16/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/20/09 | | Transfer from Acct #3758813313 | Transfer In From MMA Account | 9999-000 | 4,004.69 | | 4,004.69 |
| 11/20/09 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Trustee Compensation | 2100-000 | | 780.00 | 3,224.69 |
| 11/20/09 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,215.25 | 9.44 |
| 11/20/09 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Expenses (Trus | 3120-000 | | 9.44 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,004.69 | 4,004.69 | 0.00 |
| Less: Bank Transfers/CD's | 4,004.69 | 0.00 | |
| Subtotal | 0.00 | 4,004.69 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,004.69 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 3758813313 | 4,009.35 | 4.66 | 0.00 |
| Checking Account (Non-Interest Earn - 4429208531 | 0.00 | 4,004.69 | 0.00 |
| | 4,009.35 | 4,009.35 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     4,004.69     4,004.69

Ver: 15.05

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-28655 -JBS | |
| Case Name: | JAMES, EARLINE | |
| Taxpayer ID No: | *******7049 | |
| For Period Ending: | 12/16/09 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | 4429208531 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - 3758813313

Checking Account (Non-Interest Earn - 4429208531

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

Ver: 15.05

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*